UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAY HAWES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>OCTAVIA C. LUNA,<br><br>　　　　Respondent. | CASE NO. ED CV 08-617-JVS (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: _____9.17.08_____.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\HAWES, T 617\Order accep r&r.wpd