UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAY HAWES,<br><br>        Petitioner,<br><br>    v.<br><br>OCTAVIA C. LUNA,<br><br>        Respondent. | Case No. ED CV 08-617-JVS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: _____9.17.08_____.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\HAWES, T 617\Judgment.wpd